UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAAL RUSS,
Plaintiff,
v.
NIKE, INC.,
Defendant.

Civil Action No.

**PETITION FOR CANCELLATION OF PATENT REGISTRATION NO. 6,639,128**

TO THE HONORABLE COURT:

Plaintiff Jamaal Russ, proceeding pro se, respectfully submits this Petition for Cancellation of Patent Registration No. 6,639,128, filed by Defendant Nike, Inc. ("Nike"), and in support thereof, states as follows:

### PARTIES

1. Plaintiff: Jamaal Russ is an individual and citizen of the United States, residing at 90 Sand St., #721, Brooklyn, NY 11201.

2. Defendant: Nike, Inc. is a corporation organized under the laws of the State of Oregon, with its principal place of business located at 1 Bowerman Drive, Beaverton, Oregon 97005.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 as it involves a federal question regarding patent law.

4. Venue is proper in the Southern District of New York under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims occurred in this District, and both parties conduct business within this District.

### FACTUAL BACKGROUND

5. Patent Registration No. 6,639,128, for an invention filed under Serial No. 90-670,895 on April 26, 2021, was registered on February 8, 2022, under International Class 25 on the Principal Register.

6. The "on-sale bar" doctrine holds that if an invention is disclosed to the public or offered for sale before a patent application is filed, the invention may be deemed to lack novelty.

7. The on-sale bar applies when an invention is involved in any commercial transaction, including actual sales, offers for sale, or agreements to sell, encompassing both tangible products and services.

8. Inventors are granted a one-year grace period to submit a patent application following a sale or offer for sale. In this case, the defendant asserts that their first use dates back to 1989, with a patent filing dated April 26, 2021., Furthermore The Supreme Court has established in **SUNOCO PARTNERS MARKETING & TERMINALS L.P. v. U.S. VENTURE, INC. , No. 22-1899 (Fed. Cir. 2023)** that inventors can postpone patent applications to genuinely improve their invention or assess its functionality. However, Prior to Nike first use of this product In its actual and in commerce   prior to filing raise significant concerns about a thirty-year delay in securing a patent, especially given the lack of legitimate efforts to refine a sneaker that seemingly functions well, as evidenced by Nike's sales.

 9.Upon information and belief, Nike has engaged in commercial sales or offers for sale of the patented invention on or before March 24, 2021.In which Nike Patent is invalid and shall be barred for exceeding the one year grace period.

### GROUNDS FOR CANCELLATION

 10. Because Nike's activities prior to the patent application filing date indicate that the invention was publicly disclosed and/or offered for sale, the patent lacks the requisite novelty for valid registration.

10. As such, the continued existence of Patent Registration No. 6,639,128 constitutes an improper grant of patent rights that should be canceled.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jamaal Russ respectfully requests that this Honorable Court:

a. Cancel Patent Registration No. 6,639,128, based on the on-sale bar principles;

b. Grant such other and further relief as the Court deems just and proper.

Dated: April 18, 2025

Respectfully submitted,

Jamaal Russ
[S/] Jamaal Russ

90 Sand St., #721
Brooklyn, NY 11201
347- 909-2946
Jruss@denaropuro.com

**AFFIRMATION OF JAMAAL RUSS**

I, Jamaal Russ, affirm under penalty of perjury that the foregoing is true and correct.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Petition for Cancellation has been served upon Defendant Nike, Inc. Attorneys via email mail address of the unsigned attorneys are Gina Durham and Jordan Chisek Associate.

415-836 2549

Jordan.chisek@us.dlapiper.com

DLA Piper LLP (US)

dlapiper.com

gina.durham@dlapiper.com

415 - 836–2506

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,639,128**
**Registered Feb. 08, 2022**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Nike, Inc. (OREGON CORPORATION)
One Bowerman Dr.
Beaverton, OREGON 97005

CLASS 25: Footwear

FIRST USE 00-00-1989; IN COMMERCE 00-00-1989

The mark consists of a three-dimensional configuration comprising the design of the material panels that form the exterior body of the shoe, the design of a geometric shape across the body of the shoe to the upper eyelets for the shoelaces, the design of the shapes containing the upper and lower eyelets for the shoelaces, the design of the material panels that form the midsole of the shoe, and the relative position of these elements to each other. The broken lines show the position of the mark and are not claimed as part of the mark. Color is not a claimed feature of the mark.

SEC.2(F)

SER. NO. 90-670,895, FILED 04-26-2021





header